UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYKING SMITH,

                Plaintiff,               Case Number 24-13000

v.                                    Honorable David M. Lawson
                                      Magistrate Judge Curtis Ivy, Jr.

DESHAWN RICHARDSON,

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITHOUT PREJUDICE

Presently before the Court is the report issued on May 13, 2026 by Magistrate Judge Curtis Ivy, Jr. pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the case without prejudice for failure to prosecute. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 40) is **ADOPTED**, and the case is **DISMISSED** without prejudice.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge

Dated:  June 18, 2026